Hartt *v.* Parker.

JAMES C. HARTT, appellant,

*v.*

JOEL PARKER, respondent.

*Mr. F. B. Colton,* for appellant.

*Mr. W. S. Gummere,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the vice-chancellor in the case below, *5 Stew. Eq. 225.*